IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00481 WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE RANGEL-REVELES,
2.  DAN C. ORTIZ

    Defendant.

---

**INDICTMENT
COUNTS 1-3
18 U.S.C. §  922 & 924
FALSE STATEMENT DURING PURCHASE OF A FIREARM**

**COUNT 4
22 U.S.C. § 2778
CONTROL OF ARMS EXPORTS**

---

    The Grand Jury charges:

## COUNT ONE

    On or about October 12, 2010, in the District of Colorado, the Defendant, JOSE RANGEL-REVELES, in connection with the acquisition of firearms, 7.62mm rifles, from The Gun Room, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Room, which statement was intended and likely to deceive The Gun Room, as to a fact material to the lawfulness of such case of said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented as the actual transferee/buyer of the firearms; in violation of Title 18,

United States Code, Sections 922(a)(6) and 924.

## COUNT TWO

On or about August 28, 2010, in the District of Colorado, the Defendant, DAN C. ORTIZ, in connection with the acquisition of firearms, 7.62mm rifles, from, MGTS INC. DBA/Machine Gun Tours, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to MGTS INC. DBA/Machine Gun Tours which statement was intended and likely to deceive MGTS INC. DBA/Machine Gun Tours, as to a fact material to the lawfulness of such case of said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented as the actual transferee/buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924.

## COUNT THREE

On or about September 2, 2010, in the District of Colorado, the Defendant, DAN C. ORTIZ, in connection with the acquisition of firearms, 7.62mm rifles, from, MGTS INC. DBA/Machine Gun Tours, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to MGTS INC. DBA/Machine Gun Tours which statement was intended and likely to deceive MGTS INC. DBA/Machine Gun Tours, as to a fact material to the lawfulness of such case of said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented as the actual transferee/buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924.

**COUNT FOUR**

On or about August 15 2010 through on or about November 1, 2010, in the District of Colorado, the Defendant, JOSE RANGEL-REVELES, knowingly and willfully exported and caused to be exported from the United States to the Republic of Mexico defense articles, 7.62 semi-automatic rifles, which are designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, in violation of Title 22, United States Code, Sections 2778 (b)(2) and 2778 (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1.

A TRUE BILL:

Ink signature on file  in the Clerk's Office
FOREPERSON

JOHN WALSH
United States Attorney

By: s/Jeremy Sibert
JEREMY SIBERT
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Jeremy.Sibert@usdoj.gov
Attorney for the United States