IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00481-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE RANGEL-REVELES,
2.  DAN CHRISTAIN ORTIZ

      Defendant.

---

**SUPERCEDING
INDICTMENT
COUNTS 1-3
18 U.S.C. §  922 & 924
FALSE STATEMENT DURING PURCHASE OF A FIREARM**

**COUNT 4
22 U.S.C. § 2778
CONTROL OF ARMS EXPORTS**

**COUNTS 5-7
18 U.S.C. 924(a)(1)(A)
FALSE STATEMENT DURING PURCHASE OF A FIREARM**

---

The Grand Jury charges:

### COUNT ONE

On or about October 12, 2010, in the District of Colorado, the Defendant, JOSE RANGEL-REVELES, in connection with the acquisition of firearms, 7.62mm rifles, from The Gun Room, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Room, which statement was intended and likely to deceive The Gun Room, as to a fact material to the

lawfulness of such case of said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented as the actual transferee/buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924.

## COUNT TWO

On or about August 28, 2010, in the District of Colorado, the Defendant, DAN CHRISTAIN ORTIZ, in connection with the acquisition of firearms, 7.62mm rifles, from, MGTS INC. DBA/Machine Gun Tours, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to MGTS INC. DBA/Machine Gun Tours which statement was intended and likely to deceive MGTS INC. DBA/Machine Gun Tours, as to a fact material to the lawfulness of such case of said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented as the actual transferee/buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924.

## COUNT THREE

On or about September 2, 2010, in the District of Colorado, the Defendant, DAN CHRISTAIN ORTIZ, in connection with the acquisition of firearms, 7.62mm rifles, from, MGTS INC. DBA/Machine Gun Tours, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to MGTS INC. DBA/Machine Gun Tours which statement was intended and likely to deceive MGTS INC. DBA/Machine Gun Tours, as to a fact material to the lawfulness of such case of said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented as the actual transferee/buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6)

and 924.

## COUNT FOUR

On or about August 15 2010 through on or about November 1, 2010, in the District of Colorado, the Defendant, JOSE RANGEL-REVELES, knowingly and willfully exported and caused to be exported from the United States to the Republic of Mexico defense articles, 7.62 semi-automatic rifles, which are designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, in violation of Title 22, United States Code, Sections 2778 (b)(2) and 2778 (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and 127.3.

## COUNT FIVE

On or about October 12, 2010, in the District of Colorado, the defendant, JOSE RANGEL-REVELES, knowingly made a false statement and representation to The Gun Room, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of The Gun Room, in that the defendant did execute ATF form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearms, whereas in truth and in fact he was not the actual transferee/buyer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT SIX**

On or about August 28, 2010, in the District of Colorado, the defendant, DAN CHRISTAIN ORTIZ, knowingly made a false statement and representation to MGTS INC. DBA/Machine Gun Tours , a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of MGTS INC. DBA/Machine Gun Tours, in that the defendant did execute ATF form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearms, whereas in truth and in fact he was not the actual transferee/buyer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT SEVEN**

On or about September 2, 2010, in the District of Colorado, the defendant, DAN CHRISTAIN ORTIZ, knowingly made a false statement and representation to MGTS INC. DBA/Machine Gun Tours , a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of MGTS INC. DBA/Machine Gun Tours , in that the defendant did execute ATF form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearms, whereas in truth and in fact he was not the actual transferee/buyer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

                                      A TRUE BILL:

                                      <u>Ink signature on file  in the Clerk's Office</u>
                                      FOREPERSON

JOHN WALSH
United States Attorney


By: <u>s/Jeremy Sibert</u>
JEREMY SIBERT
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Jeremy.Sibert@usdoj.gov
Attorney for the United States

-5-