IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:   January 23, 2014
Court Reporter:      Gwen Daniel             Probation: Patrick Lynch

_____

Criminal Action No. 12-cr-00481-WJM          _Counsel:_

UNITED STATES OF AMERICA,                     Jeremy Sibert

     Plaintiff,

v.

1.  JOSE RANGEL-REVELES,                       Richard Banta

     Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Mr. Sibert)

Court's comments

Mr. Sibert's comments

The Government does not object to the defendant's motion for a downward or a non-Guideline sentence to the level of 30 months.

Sentencing Statement (by Mr. Banta)

02:15 - 02:17 Bench conference

Court's comments

**ORDERED:   There being no objection, the Government's oral motion for a third-level decrease in the offense level for acceptance of responsibility pursuant to Section 3E1.1(a) and (b) of the Guidelines is GRANTED.**

**ORDERED:   There being no objection, the Government's oral motion to dismiss Counts 1 and 4 of the Superseding Indictment and to dismiss the original Indictment is GRANTED.  The original Indictment is dismissed with respect to Defendant 1. Jose Rangel-Reveles.**

Statement by David Reveles

Statement by Jim Reveles

Statement by Antonio Reveles

Defendant's Allocution

**ORDERED:   The defendant's Motion for Variant/Non-Guideline Sentence (ECF No. 95) is GRANTED IN PART.**

Defendant plead guilty to Count 5 of the Superseding Indictment on October 23, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jose Rangel-Reveles, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months.**

**Defendant shall pay a Fine of $1,000.00 into the Crime Victims Fund.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the State and District of Colorado.**

**ORDERED:** **Upon release from imprisonment defendant shall be placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and he shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **In addition to the Fine of $1,000.00, the defendant shall pay the special assessment fee of $100.00, which is due and payable immediately.**

**Any unpaid Fine balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated at least 10% of the defendant's gross household monthly income.**

Defendant advised of his right to appeal the sentence imposed and in very limited circumstances his conviction.

Court's comments

Mr. Sibert's comments

The Government does not object to self surrender.

Mr. Banta's comments

3

**The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. Therefore,**

**IT IS ORDERED that the defendant, Jose Rangel-Reveles, shall surrender at the institution designated by the Bureau of Prisons on February 27, 2014 at 12:00 noon.  The defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release continue to apply.**

02:55 p.m.    Court in Recess
                 Hearing concluded
                 Time: 55 minutes